O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCOS JAVIER CARDENAS, ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> STU SHERMAN, ) <br> ) <br> Respondent. ) <br> _____ ) | Case No. SA CV 14-0639 AB (JCG) <br><br> **ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE AND DENYING CERTIFICATE OF APPEALABILITY AND EVIDENTIARY HEARING** |

   Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the Magistrate Judge's Report and Recommendation ("R&R"), Petitioner's Objections to the R&R, and the remaining record, and has made a *de novo* determination.

   Petitioner's Objections generally reiterate the arguments made in the Petition and Traverse, and lack merit for the reasons set forth in the R&R.  There is one issue, however, that warrants brief amplification here.

   Namely, Petitioner argues that the harmlessness of the admitted *Doyle* error at his trial should be evaluated under the "grave doubt" standard articulated in *O'Neal v. McAninch*, 513 U.S. 432 (1994). (*See* Objections at 9.)  Under *O'Neal*, in the "unusual" situation in which a reviewing judge has a "grave doubt" about whether an error was harmless – that is, "in the judge's mind, the matter is so evenly balanced that he feels himself in virtual equipoise as to the harmlessness of the error" – then the judge should find that the error had a "substantial and injurious

effect or influence in determining the jury's verdict" and grant habeas relief. 513 U.S. at 434.

Here, however, for the reasons articulated in the R&R, no such grave doubt exists, and habeas relief is unwarranted.

Accordingly, IT IS ORDERED THAT:

1. The Report and Recommendation is approved and accepted[1/];
2. Judgment be entered denying the Petition and dismissing this action with prejudice; and
3. The Clerk serve copies of this Order on the parties.

Additionally, for the reasons set forth in the R&R, the Court finds that Petitioner has not made a substantial showing of the denial of a constitutional right. *See* 28 U.S.C. § 2253; Fed. R. App. P. 22(b); *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003). Thus, the Court declines to issue a certificate of appealability.

Nor is Petitioner entitled to an evidentiary hearing. *See Cullen v. Pinholster*, 131 S. Ct. 1388, 1398 (2011) (AEDPA "requires an examination of the state court-decision at the time it was made. It follows that the record under review is limited to the record in existence at that same time *i.e.*, the record before the state court.").

DATED: October 1, 2015

_____

HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

---

[1/] The Court also construes the Magistrate Judge's May 22, 2014 minute order denying Petitioner's stay request as a Report and Recommendation, and adopts it.