JS - 6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

MARCOS JAVIER CARDENAS,        )   Case No. SA CV 14-0639 AB (JCG)
                              )
                Petitioner,    )   **JUDGMENT**
                              )
        v.                     )
                              )
STU SHERMAN,                   )
                              )
                Respondent.    )
_____      )

    IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: October 1, 2015

_____

HON. ANDRÉ BIROTTE, JR.
UNITED STATES DISTRICT JUDGE